OPINIONS PER CURIAM, ETC., FROM MARCH 11, 1913, TO JUNE 16, 1913.

No. 189. EDWIN J. BROWN, PLAINTIFF IN ERROR, *v.* THE STATE OF WASHINGTON. In error to the Supreme Court of the State of Washington. Argued by the plaintiff in error, and submitted for the defendant in error March 14, 1913. Decided March 17, 1913. *Per Curiam.* Dismissed for the want of jurisdiction, on the authority of *Kansas City Star Co.* v. *Julian,* 215 U. S. 590, last paragraph; *Rogers* v. *Jones,* 214 U. S. 204. *Mr. Edwin J. Brown pro se.* *Mr. W. V. Tanner* for the defendant in error.

———

No. ——. Original. *Ex parte:* IN THE MATTER OF CHARLES F. WILCOX, PETITIONER. Submitted March 24, 1913. Decided April 7, 1913. Motion for leave to file petition for a writ of mandamus and for leave to proceed *in forma pauperis* denied. *Mr. Chas. F. Wilcox pro se.*